# United States Court of Appeals
### For the First Circuit

No. 14-1185

MARIA LETICIA GARCIA-AGUILAR,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General of the United States,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF THE
BOARD OF IMMIGRATION APPEALS

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2015 is amended as follows:

On page 5, line 15, change "Bureau" to "Board"